THE PEOPLE ex rel. WILLIAM K. CHURCHYARD, Respondent, *v.* THE BOARD OF COUNCILMEN OF THE CITY OF BUFFALO, Appellant.

THE PEOPLE ex rel. FRANK J. IHLIG, Respondent, *v.* THE SAME, Appellant.

(Argued October 17, 1892; decided October 28, 1892.)

APPEAL from orders of the General Term of the Superior Court of Buffalo, made July 20, 1892, which directed a peremptory writ of mandamus to issue requiring defendants to approve of certain warrants drawn in favor of the relators in payment of salary as police commissioners of the city of Buffalo.

*Philip A. Laing* for appellant.

*Frank C. Laughlin* for respondent.

Agree to affirm; on opinion of HATCH, J., below.
All concur.
Orders affirmed.

---

EVELYN T. PROVOST, Respondent, *v.* WILLIAM Y. PROVOST, Appellant.

(Argued October 17, 1892; decided October 28, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department made February 10, 1892, which affirmed an order of Special Term denying a motion by defendant to vacate and set aside a judgment in favor of plaintiff.

*George A. Stearns* for appellant.

*David Provost* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.